## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIO CESAR VALENCIANO LOERA,<br><br>Petitioner,<br><br>v.<br><br>DON JONES, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. CIV-26-00677-JD<br>)<br>)<br>)<br>) |

### ORDER

Before the Court is Respondents' Notice of Release. [Doc. No. 11]. The Notice and attached exhibits show that Petitioner is no longer in custody and that he was released on June 24, 2026. *Id.* at 1; [Doc. Nos. 11-1, 11-2]. The Court confirms non-custody via the relevant public information system. *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/ (last accessed July 9, 2026); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . ."). In the absence of custody, there is no unlawful custody to which a writ of habeas corpus may be directed, and so this action is moot. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006).

Consequently, the Court dismisses the Petition for Writ of Habeas Corpus [Doc. No. 1] as moot and without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 9th day of July 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE